NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HARRIS, :<br>            Plaintiff, :<br>    v. :<br>COMMISSIONER OF SOCIAL SECURITY :<br>            Defendant. : | Civil No. 11-2961 (ES)<br><br>**OPINION AND ORDER** |

**SALAS, Judge**

   Plaintiff John Harris ("Harris") filed a complaint on May 24, 2011, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

   1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

   2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

   3. Harris did not prepay $350.00; rather, he submitted an application to proceed in this matter *in forma pauperis* (IFP application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1-1.)

   4. Having considered Harris's IFP application, the Court concludes that Harris has adequately established that his financial condition renders payment of the $350.00 filing fee a hardship.

Therefore, for the foregoing reasons;

IT IS THIS 12th day of July, 2011, hereby

ORDERED that Harris's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Harris's complaint.

      /s/ Esther Salas
ESTHER SALAS, U.S.D.J.